IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:06CR1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | O R D E R |
| | ) | |
| | ) | |
| BRANDON KEITH MARTIN | ) | |
| | ) | |

THIS MATTER is before the Court sua sponte to continue the sentencing

hearing from the November 20, 2006, calendar.

IT IS, THEREFORE, ORDERED that this case is continued from the

November 20, 2006, sentencing calendar and is hereby RESCHEDULED for hearing

on TUESDAY, NOVEMBER 28, 2006, AT 2:30 PM, in Asheville, North Carolina.

Signed: November 14, 2006

Lacy H. Thornburg
United States District Judge